DEBRA WONG YANG, SBN 123289
 DWongYang@gibsondunn.com
MARK TOMAIER, SBN 320347
 MTomaier@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

STACIE B. FLETCHER, DC Bar No. 975471
 sfletcher@gibsondunn.com
RACHEL LEVICK, DC Bar No. 1024969
 rlevick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:    202.955.8500
Facsimile:    202.467.0539

Attorneys for Defendant 3M Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, EX REL ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY; AGC CHEMICALS AMERICAS, INC.; ARCHROMA, U.S., INC.; ARKEMA, INC.; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER GLOBAL CORPORATION; CHEMGUARD, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CLARIANT CORPORATION; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; DYNAX CORPORATION; E.I. DU PONT DE NEMOURS AND COMPANY; KIDDE-FENWAL, INC.; NATIONAL FOAM, INC.; TYCO FIRE PRODUCTS, L.P.; UTC FIRE & SECURITY AMERICAS CORPORATION, INC.; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | CASE NO. 4:22-cv-09001-HSG<br><br>**APPLICATION FOR ADMISSION OF STACIE B. FLETCHER *PRO HAC VICE* (CIVIL LOCAL RULE 11-3); ORDER** |

I, Stacie B. Fletcher, an active member in good standing of the bar of the State of Virginia and the United States District Court for the District of Columbia, hereby respectfully applies for admission to practice *pro hac vice* in the Northern District of California representing: Defendant 3M Company in the above-entitled action. My local co-counsel in this case is Debra Wong Yang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 123289.

| | |
|---|---|
| 1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>MY ADDRESS OF RECORD | 333 South Grand Avenue<br>Los Angeles, California  90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202.955.8500<br>MY TELEPHONE # OF RECORD | 213.229.7000<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sfletcher@gibsondunn.com<br>MY EMAIL ADDRESS OF RECORD | DWongYang@gibsondunn.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: . 975471.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted *pro hac vice* admission by the Court in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 22, 2022        */s/ Stacie B. Fletcher*
                                Stacie B. Fletcher

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF STACIE B. FLETCHER *PRO HAC VICE***

IT IS HEREBY ORDERED THAT the application of Stacie B. Fletcher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: 12/28/2022

_____
UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Stacie Boothe Fletcher*

was duly qualified and admitted on July 6, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 04, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*