MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-1504
Telephone: (213) 229-9500

Attorneys for Defendant 3M Company
[*Additional Attorneys Listed In Signature Block*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, EX REL. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>3M COMPANY; AGC CHEMICALS AMERICAS, INC.; ARCHROMA, U.S., INC.; ARKEMA, INC.; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER GLOBAL CORPORATION; CHEMGUARD, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CLARIANT CORPORATION; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; DYNAX CORPORATION; E.I. DU PONT DE NEMOURS AND COMPANY; KIDDE-FENWAL, INC.; NATIONAL FOAM, INC.; TYCO FIRE PRODUCTS, L.P.; UTC FIRE & SECURITY AMERICAS CORPORATION, INC.; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No. 4:22-cv-09001-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: November 10, 2022 Trial Date: None Set |

Pursuant to Civil Local Rule 6-2, Plaintiff People of the State of California ("Plaintiff") and Defendants 3M Company ("3M"), Chemguard, Inc. ("Chemguard"), and Tyco Fire Products, L.P. ("Tyco") (together with Plaintiff, the "Parties") file this Joint Stipulation and [Proposed] Order to Continue Case Management Conference and Related Deadlines:

WHEREAS, Plaintiff filed the Complaint on November 10, 2022, in Alameda County Superior Court (Case No. 22CV021745);

WHEREAS, Defendants 3M, Chemguard, and Tyco removed this case from Alameda County Superior Court to this Court on December 20, 2022;

WHEREAS, Defendants filed a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation ("JPML"), the JPML issued a conditional transfer order ("CTO") conditionally transferring this action to the multidistrict litigation captioned *In re: Aqueous Film-Forming Foam Products Liability Litig.*, MDL No. 2873 (D.S.C.) (the "MDL"), Plaintiff filed a motion to vacate the CTO, the JPML is scheduled to take up Plaintiff's motion to vacate the CTO at the JPML's March 30, 2023 Hearing Session, and the JPML is expected to issue its final transfer decision approximately one week later;

WHEREAS, Plaintiff filed a Motion for Remand on December 30, 2022, briefing on the Motion For Remand is complete, and Plaintiff's Motion For Remand has been noticed for hearing in this Court on May 4, 2023;

WHEREAS, attached to this Stipulation is the Declaration of Daniel D. Queen setting forth the reasons for the requested case management conference continuance, disclosing all previous time modifications, and describing the effect the requested time modification would have on the rest of the schedule in this case pursuant to N.D. Civil Local Rule 6-2;

WHEREAS, the Parties assert that good cause exists for these extensions, *see* Fed. R. Civ. P. 6(b)(1), as follows:

    a. The JPML is scheduled to take up Plaintiff's motion to vacate the CTO at the JPML's March 30, 2023 Hearing Session, and is expected to issue its final decision on whether to transfer this action to the MDL ("final transfer decision") approximately one week later. Given that the case may be transferred to the MDL,

judicial resources will be conserved by allowing the JPML to render its decision before a case management conference is held.

b. The Parties previously stipulated that the deadlines for all Defendants to answer, move, or otherwise respond to the Complaint and the deadlines for the Parties to provide Rule 26 initial disclosures are stayed pending the final transfer decision. Accordingly, other deadlines in this matter, which would inform the case management conference and the related meet and confer and case management statement, are already stayed pending the final transfer decision.

c. Plaintiff's Motion For Remand has been noticed for hearing in this Court on May 4, 2023.

d. No party will be prejudiced by continuing the case management conference and related deadlines.

WHEREAS, there have only been two previous time modifications in this case: (1) as described above, the Parties previously stipulated that the deadlines for all Defendants to answer, move, or otherwise respond to the Complaint and the deadlines for the Parties to provide Rule 26 initial disclosures are stayed pending the final transfer decision; and (2) the Court granted the parties' joint request for an enlargement of time to complete the briefing on the motion for remand.

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order establishing the following:

1. The case management conference and all related deadlines, including deadlines related to the case management statement and alternative dispute resolution, are stayed pending the JPML's final transfer decision.

2. If the JPML transfers this case to the AFFF MDL, then the case management procedure shall be in accordance with the established rules and procedures in the AFFF MDL. If the JPML declines to transfer this action to the AFFF MDL, then the Parties shall have through and including the 28th day after such final transfer decision by the JPML to provide a proposed schedule for the case management conference and all related deadlines.

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | |
| 3 | Dated:  March 10, 2023 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Dated:  March 10, 2023 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

By:  /s/  Daniel D. Queen
     Daniel D. Queen

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California  90071-1504
Telephone: (213) 229-9500

HOGAN LOVELLS US LLP
TOM BOER (SBN 199563)
*tom.boer@hoganlovells.com*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

GIBSON, DUNN & CRUTCHER LLP
DEBRA WONG YANG (SBN 123289)
*dwongyang@gibsondunn.com*
MARK TOMAIER (SBN 320347)
*mtomaier@gibsondunn.com*
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000

STACIE B. FLETCHER* (SBN 975471)
*sfletcher@gibsondunn.com*
RACHEL LEVICK* (SBN 1024969)
*rlevick@gibsondunn.com*
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8500
**Pro Hac Vice*

Attorneys for Defendant 3M Company

By:  /s/  Ryan E. Cosgrove
     Ryan E. Cosgrove

NELSON MULLINS RILEY &
SCARBOROUGH LLP
RYAN E. COSGROVE (SBN 277907)
*ryan.cosgrove@nelsonmullins.com*
19191 South Vermont Avenue, Suite 900
Torrance, California  90502
Telephone:  (424) 221-7400

Attorney for Defendants
Tyco Fire Products LP and Chemguard, Inc.

Dated: March 10, 2023

THE PEOPLE OF THE STATE OF CALIFORNIA

By:    */s/ Nicholas G. Campins*
      Nicholas G. Campins

Attorneys for Plaintiff The People of the State of California, ex rel. Rob Bonta, Attorney General of California

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 3/10/2023    BY: *[signature]*
                      HON. HAYWOOD S. GILLIAM, JR.